IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1842-JLK**

**GEOSTAR SOLUTIONS, LLC, KEITH C. OREN and JANNA R. OREN,**

Plaintiffs,

v.

**PETCOM, INC., a Texas corporation and JASON GEOSYSTEMS AMERICAS, INC., d/b/a FUGRO-JASON, a Texas corporation,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Stipulated Motion to Amend Scheduling and Discovery Order, filed June 17, 2005, is **GRANTED.** Deadline for Rule 26(a)(2) disclosures is September 9, 2005; deadline for Rule 26(a)(2) rebuttal reports is October 10, 2005; discovery cut-off is extended to October 28, 2005.

----------------------------------------------------------------------
_____

Copies of this Minute Order transmitted electronically and by other means as indicated on the Notice of Electronic Filing.

Dated: June 20, 2005.                    GREGORY C. LANGHAM, CLERK


s/ _____
Deputy Clerk