**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Date:  April 4, 2007                                                Reporter: Adrienne Whitlow
                                                                    Deputy Clerk: Bernique Abiakam

Civil Action No. 04-cv-01842-JLK

GEOSTAR SOLUTIONS, LLC,
KEITH C. OREN and
JANNA R. OREN,                                                      Bruce G. Smith

         Plaintiffs,

v.

PETCOM, INC. and
JASON GEOSYSTEMS AMERICAS
INC. d/b/a FUGRO-JASON,                                             David Klaudt
                                                                    Kevin Kuhn
                                                                    Paul Nason

         Defendants.

---

### COURTROOM MINUTES

---

**Status Conference**

**2:01 p.m.        Court in session.**

Court calls case.

Preliminary remarks by the Court.

**ORDERED:**   Defendants Petcom, Inc. And Jason Geosystems Americas, Inc. D/B/A/ Fugro-Jason's Motion For Summary Judgment (Filed 11/18/05; Doc. No. 26) is GRANTED in PART, and DENIED in PART, as specified on the record.

Questions by Mr. David Klaudt.

The Court clarifies ruling for counsel.

The Court advises counsel that no Pretrial Conference will be necessary if they properly prepare and file a stipulated Pretrial Order.

**2:21 p.m.        Court in recess.**
Hearing concluded.
Time in court - 20 minutes.