IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01842-JLK**

**GEOSTAR SOLUTIONS, LLC, KEITH C. OREN and JANNA R. OREN,**

    Plaintiffs,

v.

**PETCOM, INC., a Texas corporation and JASON GEOSYSTEMS AMERICAS, INC., d/b/a FUGRO-JASON, a Texas corporation,**

    Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    In light of Defendants' Objection to the nature and amount of the attorney fees sought by Defendants on Plaintiff's failed wage claim – which Objection is, in the Court's view, well taken – Defendants' Motion for Attorney Fees (Doc. 47) is GRANTED, but a determination of the reasonable amount of such fees will be DEFERRED until final disposition of the remaining claims in this case.

Dated: May 31, 2007