IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01842-JLK**

**GEOSTAR SOLUTIONS, LLC, KEITH C. OREN and JANNA R. OREN,**

 Plaintiffs,

v.

**PETCOM, INC., a Texas corporation and JASON GEOSYSTEMS AMERICAS, INC., d/b/a FUGRO-JASON, a Texas corporation,**

 Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Kane, J.

 The Agreed Motion to Dismiss with Prejudice (doc. #59), filed July 27, 2007, is GRANTED. All claims and counterclaims, and this action are DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney fees.

 Dated this 27th day of July, 2007.

              BY THE COURT:

              *S/John L. Kane*
              Senior Judge, United States District Court